State of Louisiana

Parish of Claiborne

Carolyn R. Johnson

and Timothy R. Johnson

versus

Midden Medical Center

Dr. Michael Chandler,

Physician

Webster Parish

Docket Number _____

_____ Judicial

District Court

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED**

FEB 0 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

**5:07cv0209**
**JUDGE STAGG**
**MAG. JUDGE HORNSBY**

Deputy Clerk of
Court

Suit For Money

Now into court appears Carolyn R.
Johnson and Timothy R. Johnson
appears as a residence of the
Parish of Claiborne, State of
Louisiana with respect represents
to writ:

1.

Defendants are guilty of neglecting
Patient causing sores that results
in serious infection causing the

death of the patient, Infection com-
pletely overcome patient's body.
Sores were on the feet, in the
sides to view bones, on hip.
Patient was quaratize because
of severe infection.

2.

The staff of the Certified Nursing
Assistance was lazy not enough
aids in the floor. There was one
aid on a complete floor to
take cure of all of the patients,
The CNA's was very lazy and
didnot care. CNA's failed to
turn the patient because the
patient was inactive.

3.

A copy of the medical records
show that the sores originated
at Minden Medical Center.
The Physician was Michael

Chandler who is prejudice. Chandler sent a Certified letter to the patient who cannot read in fact was terminally ill for signature. Dr. Chandler dumped my mother from his care, because he didnot appreciate what I informed another doctor about his neglect. The Minden Medical Center physicians in charge of the patient's case failed to address the bad sores in the heels of the patient. The patient was transferred to the Senior Care, really a Psychological ward, because the Phychaitrist physician would always be there no regular physician only when that physician recommend an examination

by the Psychiatrist. The priority should have been the sores, but they were placing that in a non-treating status.

4.

Minden Medical Center and Dr. Michal Chandler are responsible for the death wrongful of patient. Patient became in destitute need of attention to her feet at their facility. Dr. Michael Chandler should be disbarred from the Board of Doctors, State of Louisiana. The Minden Medical Center should be sanctioned for neglect.

5.

Petitioner pray that the order of this court will be in favor

of the petitioners and against the hospital and the physician. Petitioners further pray the defendants be ordered to pay the full and true amount of three million dollars $3,000,000.00 plus attorney's fees plus all cost of court of this proceedings. Petitioners pray that Dr. Michael Chandler be dismissed from practice because of his prejudice attitude from the State Board of Medical Doctors immediately and sanction and fined. It is hoped that the Minden Medical Center be sanctioned for their part of maintaing the physician employed as a physician when they are aware of this physician's family background being of a prejudice

household of slavery status. Hospital should authorize employment of such racist to treat black patients who he will not do his best violating his hyprocratic oath. Petitioner Pray that before a hospital hire any physecian, nurse, etc they should check the family status on race. Those people will not do the black or white patients correct.

Respectfully Submitted:
Johnson and Associates
P. O. Box 744
Haynesville, La. 71038
318 - 624 - 1334
318 - 957 - 0320
By: Carolyn R. Johnson

Please Serve Defendants
By Personal Service

Minden Medical Center
Minden Medical Plaza
1 Medical Plaza
Minden, Louisiana

Dr. Mishael Chandler
Minden Medical Plaza
1 Medical Plaza
Minden, Louisiana

Certificate Of Service

You are hereby ordered to appear and show cause and answer the petition at the Webster Parish, Clerk of Court, Minden, Louisiana within fifteen (15) days, Failure to not answer petition you will be in default judgment.

Services was done on this the _____ day of _____ , 2007.

_____
Deputy Sheriff
(Webster Parish)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

February 1, 2007

To: The U. S. Clerk

From: Carolyn R. Johnson

Re: Minden Medical Center and
Dr. Michael Chandler

Please filed this petition if
approved by Informa Pauperis

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 0 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

STATE OF LOUISIANA

PARISH OF WEBSTER

CAROLYN R. JOHNSON

_____ JUDICIAL DISTRICT COURT

**VERSUS**

MINDEN MEDICAL CENTER,
AND
DR. MICHEAL CHANDLER,
PRIVATE PHYSICIAN DBA
MINDEN MEDICAL CENTER

# 5:07cv0209
# JUDGE STAGG
# MAG. JUDGE HORNSBY

## SUIT FOR MONEY

THE PETITIONER, CAROLYN R. JOHNSON, HEREAFTER PETITIONER A RESIDENT DOMICLIED IN THE PARISH OF CLAIBORNE, STATE OF LOUISIANA WITH REPECT REPRESENTS:

DEFENDANT, MINDEN MEDICAL CENTER AND DR. MICHAEL CHANDLER, PRIVATE PHYSICIAN DURING BUSINESS AT MINDEN MEDICAL CENTER AUTHORIZED TO RE-PRESENT AND SERVE IN WEBSTER PARISH, LOUISIANA IS JUSTLY AND TRULY IN-DEBTED UNTO PETITIONER IN THE FULL MONEY OF ONE MILLION ($1,000,000.00) DOLLARS PLUS ATTORNEY'S FEES AND ALL COSTS OF THIS PROCEEDING. DUE TO NEGLECT, THE PATIENT UNTIMELY DEATH OCCURRED AS REULTS OF THE PHYSICIAN, DR. CHANDLER AND THE NURSE'S AID STAFF WHO FAILED TO TURN THE INACTIVE PATIENT TO PREVENT THE CUTILCE SORES TO COME IN THE HEELS

... THE PATIENT. PATIENT BECAME INFECATED WITH BED SORES IN HEELS, FEET SIDES. IN FACT THEY CAME ALL OVER THE BODY AND WAS LATER QUARANTINED. PHYSICIAN FAILED TO ENTERTAIN THE SORES UNTIL THEY HAD GOTTEN INTO A BAD STAGE. AIDES COULDNOT ACTIVATE PATIENT BECAUSE THEY WERE UNDER-STAFFED. IN FACT THERE WAS ONE(1) AID ON THE COMPLET FLOOR OF ABOUT 25-30 PATIENTS WHO NEEDED CARE EVERY TWO (2) HOURS. AS A RESULTS OF THE NEGLECT PATIENT WAS PUT ON A FEEDING TUBE. THEN DIAGNOSED WITH DIABETES, HIGH BLOOD PRESSURE, POOR CIRCULATION, HEART PROBLEM. NONE OF THESE DIAGNOSIS WAS ACQUIRED TO THIS PATIENT UNTIL HOSPITALIZED FOR AN UPSET STOMACH VIRUS. THERE WAS ALSO A UNINARY TRACT INFECTION WHICH INJECTIONS WERE NECCESSARY EACH DAY TO RATIFY THAT. PATIENT BECAME DISINHERENT NOT KNOWING WHERE SHE WAS. SHE WAS A BRIGHT, INTELLIGENT LADY BEFORE GOING TO MINDEN MEDICAL CENTER AND ACQUIRED ALL OF THESE DIAGNOSIS.

2.

PETITIONER WAS PLACED IN STATUS OF MENTAL ANGUISH, DEPRESSION BECAU-SE OF DECISIONS OF PATIENTS MEDICAL OPTIONS. THE MEDICAL STAFF INCLUD-ING THE SOCIAL WORKER HARRASSED THE PETITIONER UNTO MAKING DECIS-IONS NOT TRULY FOR THE GOOD OF THE PATIENT. PATIENT WAS PLACED IN FACILITIES NOT GOOD BECAUSE SOCIAL WORKER WAS LOOKING AT THE MEDI-CAL INSURANCE LENGHT OF PAY STATUS FOR PATIENT TO REMAIN THERE. SOC-IAL WORKER WAS SIMPLY PUTTING PATIENT OUT BECAUSE OF NON-PAYMENT FOR BEING HOSPITALIZED BECAUSE DAYS WAS USED UP UNDER MEDICARE/

MEDICAID STATUS. DR. MICHAEL CHANDLER ORDERED THE DISMISSAL OF THE
PATIENT BECAUSE HE WAS ANGRY WITH WHAT I HAD EXPRESSED TO A PHYSI-
CIAN WHO WAS NOT A MEDICAL PHYSICIAN AND I INFORMED THE PHYSICAIN
THAT THEY WERENOT SEEING ABOUT THE INFECTION WHICH WAS MORE IM-
PORTANT THEN HIS MEDICATION ARECEPT. DR. CHANDLER DIDNOT APPRECIATE
MY INQUIRIES CHALLENGING THEIR TECHIQUES SO HE DID MY MOTHER WRONG
TO GET BACK AT ME AS A BLACK PERSON AND HE IS VERY PREJUDICE PERSON..
HE FAILED TO ACKNOWLEDGE THE HYPROCRATIC OATH THAT PYHSICIANS RECE-
VE WHEN THEY ARE CONFIRM THE TEST TO BE A PHYSICIAN FROM THE STATE OF
LOUISIANA LICENSING BOARD. HE SHOULD HAVE BEEN SANUSTIONED FOR HIS
ACTIONS WHEN I REPORTED HIM THE STATE OF LOUISIANA LICENSING BOARD
DISCIPLINING DEPARTMENT.

3.

PETITIONER'S PARENT WAS SENT TO SEVERAL HOSPITALS, REHAB NURSE
CARE FACILITIES AND NURING HOMES. FINAL ANAYLYSIS PATIENT WAS DIAG-
NOSED WITH GANGGREEN IN FEET AND LEGS TO FIRMUR. AMPUTATION WAS
DIAGNOSED. PETITIONER'S PARENT WAS AMPUTATED ON NOVEMBER, 2004.
PATIENT WAS TERMINALLY ILL WITH MEDICATION OF MARFINE DAILY FOR PAIN.
PATIENT WAS ADMITTED TO LINCOLN GENERAL HOSPITAL, RUSTON, LOUISIANA
FOR FOUR MONTHS TO EXPIRE JANUARY 29, 2005. THE DEATH CERTIFICATE
WASNOT CORRECT. THE PATIENT DIED OF THE FEEDIN TUBE PROBLEM CAUSED
BY THE NURING STAFF NOT FLUSHING THE TUBE OUT CAUSING PATIENT TO
CHOKE FROM MILK COMING BACK WHICH WAS CLOGGED UP.

THE LSU (LYANS) MINDEN MEDICAL CENTER AND DR. MICHAEL CHANDLER

PRIVATE PHYSICIAN DURING BUSINESS AT MINDEN MEDICAL CENTER IN THE FULL

AMOUNT AND TRUE SUM OF ONE MILLION ($1,000,000.00) DOLLARS TOGETHER

WITH INTEREST FROM DECEMBER 2003 THROUGH MARCH, 2004 UNTIL PAID,

REASONABLE ATTORNEY'S FEES AND ALL COSTS OF THESE PROCEEDINGS:

RESPECTFULLY SUBMITTED:

BY: _Carolyn R. Johnson_
CAROLYN R. JOHNSON
ATTORNEY FOR THE PETITIONER
JOHNSON AND ASSOCIATES
P. O. BOX 744
HAYNESVILLE, LOUISIANA 71038

ATTACHMENTS: (No attachments - smd)

MINDEN MEDICAL CENTER,
MINDEN, LA. MEDICAL RECORDS

LINCOLN GENERAL HOSPITAL,
RUSTON, LA. MEDICAL RECORDS

E. A. CONWAY (LSU MEDICAL CENTER)

MONROE, LA.  MEDICAL RECORDS

CORNERSTONE REHAB NURING HOME,
WEST MONROE, LA.   MEDICAL RECORDS

BERNICE REHAB HOSPITAL, MINDEN, LA.
MEDICAL RECORDS

MEADOWVIEW REHAB NURSING CENTER,
MINDEN, LA.    MEDICAL RECORDS

HEALTH SOUTH REHAB NURSING CENTER
HOMER, LA.  MEDICAL RECORDS

SOUTHERN ACRES NURSING HOME
MONROE, LA.  MEDICAL RECORDS

ASTIKE NURSING HOME, RUSTON, LA.
MEDICAL RECORDS

ARCADIA NURSING HOME, ARCADIA , LA.
MEDICAL RECORDS

HOMER MEMORIAL HOSPITAL, HOMER, LA.
MEDICAL RECORDS