U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 18 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CAROLYN R. JOHNSON, ET AL.          CIVIL ACTION NO. 07-0209

versus                              JUDGE STAGG

MINDEN MEDICAL CENTER, ET AL.       MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action be dismissed for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this _18th_ day of _April_, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE